1   **WO**

2

3

4

5

6

7

8                           **IN THE UNITED STATES DISTRICT COURT**

9                             **FOR THE DISTRICT OF ARIZONA**

10   The Navajo Nation,                        )
                                               )
11              Plaintiff,                      )
                                               )
12        v.                                    )   No. CV-03-0507- PCT-PGR
                                               )
13   United States Department of the           )
     Interior; Dirk Kempthorne, Secretary      )   **ORDER GRANTING**
14   of the Interior; Bureau Of Reclamation;   )   **ONE-YEAR EXTENSION**
     William Rinne, Acting Commissioner        )   **OF STAY**
15   of the Bureau of Reclamation; Robert W.   )
     Johnson, Regional Director, Lower         )
16   Colorado Region of the Bureau of          )
     Reclamation; Mark Limbaugh, Assistant     )
17   Secretary for Water and Science,          )
     Department of the Interior; and Bureau of )
18   Indian Affairs; Aurene Martin, Acting     )
     Assistant Secretary for Indian Affairs,   )
19   Department of the Interior,               )
                                               )
20              Defendants.                     )
     _____ )
21

22        All of the parties of record, i.e., Navajo Nation ("Plaintiff"), the United States

23   Department of the Interior et al. ("Federal Defendants"), and intervenors, State of Arizona;

24   Central Arizona Water Conservation District ("CAWCD"); Arizona Power Authority

25   ("APA"); Salt River Project (including Agricultural Improvement and Power District and

26

27   Salt River Valley Water Users Association) ("SRP"); Imperial Irrigation District ("IID");

28

Metropolitan Water District of Southern California ("MWD"); Coachella Valley Water District (Coachella); the State of Nevada (including its Colorado River Commission of Nevada and the Southern Nevada Water Authority) have, by stipulation, requested and moved that the Court grant a one-year extension of the stay of this case, which is currently due to expire on October 13, 2006.  Upon consideration of the stipulated motion, the reasons therefor, and the lack of opposition thereto, the Court finds that the stipulated motion should be granted.   Therefore,

IT IS ORDERED that the parties' Stipulated Motion for One-Year Extension of Stay (doc. #148) is granted and that the stay of this litigation will expire on OCTOBER 13, 2007.  All of the other provisions of this Court's October 13, 2004 order (doc. #133), including the parties' obligation to file status reports every six months, calculated from the date of this Order, the confidentiality requirements, the conditions on attendance by California and Nevada representatives at settlement meetings, and the conditions for allowing a party to seek to lift the stay before its expiration shall be extended accordingly, and remain in full force and effect.

DATED this 4th day of October, 2006.


Paul G. Rosenblatt
United States District Judge