# 9CCA Returned File Form

DISTRICT COURT CASE # **CV-03-507-PCT-GMS**

9CCA CASE # **14-16864**

|  | CIVIL | CRIMINAL |
|---|---|---|
|  | **X** | ☐ |

__**1**__   CLERK'S FILES

__**0**__   TRANSCRIPTS (DOCKET NUMBERS)

__**1**__   BULKIE (DOCKET NUMBERS) in __**1**__ EXPANDO

**Dkt #45**

__**0**__   OTHER DOCUMENTS

APPEAL STAMP    YES ☐    NO **X**

VERIFIED BY: _[signature]_

DATE: 1/8/2018