IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Navajo Nation,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>United States Department of the Interior; et al.,<br><br>　　　　　　Defendants. | No. CV-03-00507-PCT-GMS<br><br>**ORDER** |

In light of the Ninth Circuit Court of Appeals' Mandate, (Doc. 329), affirming in part, reversing in part and remanding,

**IT IS HEREBY ORDERED** that this matter is set for a Status Conference for **February 13, 2018 at 10:30 a.m.** in Courtroom 602, Sandra Day O'Connor U.S. Federal Courthouse, 401 W. Washington St., Phoenix, Arizona 85003-2151.

Dated this 29th day of January, 2018.

_G. Murray Snow_
Honorable G. Murray Snow
United States District Judge