MARK BRNOVICH
Attorney General
Firm Bar No. 14000
DENA R. BENJAMIN
State Bar No. 015421
Assistant Attorney General
2005 N. Central Ave.
Phoenix, Arizona 85004-1592
Telephone (602) 542-7717
Facsimile (602) 542-4385
*Adminlaw@azag.gov*
*Attorneys for Intervenor-Defendant*
*Arizona Power Authority*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Navajo Nation,<br>             Plaintiff,<br>vs.<br>United States Department of the Interior; et al.,<br>             Defendants. | No. CV-03-00507-PCT-GMS<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL**<br><br>Assigned to the Hon. G. Murray Snow |

Pursuant to Local Rule of Civil Procedure 83.3(b), the Office of the Arizona Attorney General, as counsel for the Arizona Power Authority pursuant to A.R.S. § 41-192, hereby gives notice that Assistant Attorney General Dena R. Benjamin is substituted in place of James Bartlett and Douglas V. Fant, formerly in-house counsel for the Arizona Power Authority, as counsel of record in the above-captioned matter. The Arizona Power Authority, through its Executive Director, is aware of and consents to this substitution. In this matter, Ms. Benjamin is counsel of record only for the Arizona Power Authority.

…

Ms. Benjamin's current address and email address are as follows:

Dena R. Benjamin
Office of the Attorney General
2005 N. Central Ave.
Phoenix, Arizona  85004-1592
Telephone (602) 542-7717
*Adminlaw@azag.gov*

Respectfully submitted this 7th day of February, 2018.

                    MARK BRNOVICH
                    Attorney General

          By:    s/Dena R. Benjamin
                    Assistant Attorney General
                    Attorneys for Intervenor-Defendant
                    Arizona Power Authority

Original of the foregoing e-filed with the AZ
District Court through the CM/ECF system
this 7th day of  February, 2018.

Copy of this Notice was e-notified
to all participants of the CM/ECF
associated with this case this 7th
day of February, 2018.

 s/Phylis K. Durbin
Assistant to Dena Benjamin

6807961