Kenneth C. Slowinski
Chief Counsel, AZ Bar No. 012357
Jennifer Heim, AZ Bar No. 030756
Arizona Department of Water Resources
1110 W. Washington Street, Suite 310
Phoenix, Arizona 85007
Telephone: (602) 771-8472
Facsimile: (602) 771-8686
kcslowinski@azwater.gov

Rita P. Maguire, AZ Bar No. 012500
Michael J. Pearce, AZ Bar No. 006467
MAGUIRE PEARCE & STOREY PLLC
2999 North 44th Street, Suite 650
Phoenix, Arizona 85018
Telephone: (602) 277-2195
Facsimile: (602) 277-2199
rmaguire@mpwaterlaw.com
mpearce@mpwaterlaw.com

*Attorneys for Intervenor Defendant
State of Arizona*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| THE NAVAJO NATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.<br><br>Defendants. | **No. CV-03-00507-PCT-GMS**<br><br>**DEFENDANT-INTERVENORS' AMENDED MOTION FOR A STAY OF BRIEFING ON NAVAJO NATION'S RENEWED MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT AND REQUEST FOR COMMON BRIEFING SCHEDULE** |

1   Intervenor-Defendants[1] hereby file this motion for a stay of briefing on Navajo
2   Nation's Renewed Motion for Leave to File Third Amended Complaint (ECF No. 360)
3   in conjunction with the Federal Defendants' Motion for a Stay of Briefing (ECF No.
4   362) in light of a lapse of federal appropriations.  Defendant Intervenors support the
5   Federal Defendants' Motion.
6   Defendant-Intervenors request that, should this Court grant the Federal
7   Defendants' motion, all current deadlines for Defendant-Intervenors be extended
8   commensurate with the stay for the Federal Defendants.  This will simplify the briefing
9   schedule for all parties and will not be prejudicial to any party.
10  Defendant Intervenors are informed that the Navajo Nation is opposed to the
11  Defendant Intervenors' request for stay, or any extension of time to respond by the
12  Defendant Intervenors.
13  RESPECTFULLY SUBMITTED January 15, 2019.

On behalf of the Defendant-Intervenors

By: /s/ Rita P. Maguire
Rita P. MAGUIRE
Attorney for Defendant-Intervenor
State of Arizona
Maguire, Pearce and Storey PLLC
2999 N. 44th St.  Ste. 650
Phoenix, AZ  85018
rmaguire@azlandandwater.com
mpearce@azlandandwater.com
kcslowinski@azwater.gov
jheim@azwater.gov

---

[1] The Defendant-Intervenors include the State of Arizona, Central Arizona Water Conservation District, Salt River Project Agricultural Improvement and Power District, Salt River Valley Water Users' Association, Arizona Power Authority, State of Colorado, Southern Nevada Water Authority, Colorado River Commission of Nevada, Coachella Valley Irrigation District, Imperial Irrigation District and The Metropolitan Water District of Southern California.

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2019, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which will generate and transmit a notice of electronic filing to the CM/ECF Registrants:

I declare under penalty of perjury that the foregoing is true and correct. Signed this 15th day of January 2019 at Phoenix, Arizona.

/s/ Rita P. Maguire