1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8

9    Navajo Nation,

10          Plaintiff,

11    v.

12    United States Department of the Interior, et al.,

13

14          Defendants.

|   |
|---|
| **NO. CV-03-00507-PCT-GMS** |
| **JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

15    **Decision by Court.**  This action came for consideration before the Court.  The

16    issues have been considered and a decision has been rendered.

17          IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed

18    August 23, 2019, Plaintiff to take nothing, and the complaint and action are dismissed.

19                                          Brian D. Karth
                                            District Court Executive/Clerk of Court

20

21    August 23, 2019

22                                          s/ Rebecca Kobza
                                    By     Deputy Clerk

23
24
25
26
27
28