M. Kathryn Hoover, Principal Attorney, SBA 013266
Stanley M. Pollack, Contract Attorney, SBA 011046
NAVAJO NATION DEPARTMENT OF JUSTICE
Post Office Drawer 2010
Window Rock, Arizona 86515
Telephone: (928) 871-7510
Fax: (928) 871-7570
khoover@nndoj.org
smpollack@nndoj.org

Alice E. Walker, Pro Hac Vice
MEYER, WALKER, CONDON & WALKER, P.C.
1007 Pearl Street, Suite 220
Boulder, Colorado 80302
Telephone: (303) 442-2021
Fax: (303) 444-3490
awalker@mmwclaw.com

*Attorneys for the Navajo Nation*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| NAVAJO NATION, | ) |
|     Plaintiff, | ) No. CV-03-00507-PCT-GMS |
| v. | ) |
| | ) **NOTICE OF APPEAL** |
| UNITED STATES DEPARTMENT OF THE INTERIOR, et al., | ) |
|     Defendants. | ) |

1 NOTICE is hereby given that the Navajo Nation, the Plaintiff in the above-captioned case, appeals to the United States Court of Appeals for the Ninth Circuit from the District Court's *Order* (Doc. 385) dismissing this action and the *Judgment of Dismissal in a Civil Case* (Doc. 386), both dated August 23, 2019.  This Notice is timely filed within sixty (60) days as required by Rule 4(a)(1)(B)(i) of the Federal Rules of Appellate Procedure.

Respectfully submitted this 18th day of October, 2019.

By: /s/Alice E. Walker
Alice E. Walker

M. Kathryn Hoover, SBA 013266
Stanley M. Pollack, SBA 011046
NAVAJO NATION DEPARTMENT OF JUSTICE

Alice E. Walker, Pro Hac Vice
MEYER, WALKER, CONDON & WALKER, P.C.

*Attorneys for the Navajo Nation*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on October 18th, 2019, I electronically transmitted the attached *NOTICE OF APPEAL* to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CE/ECF registrants:

John B Weldon     jbw@slwplc.com, bjj@slwplc.com
Lauren James Caster     lcaster@fclaw.com
Robert B Hoffman (Terminated)     rhoffman@somachlaw.com, cgarro@somachlaw.com, jestabrook@somachlaw.com
Martin P Clare     mclare@cycn-phx.com, usdc@cycn-phx.com
Michael J Pearce     mpearce@mpwaterlaw.com, rmaguire@mpwaterlaw.com
Lisa Michelle McKnight     lmm@slwplc.com, bjj@slwplc.com
Mark A McGinnis     mam@slwplc.com, ffb@slwplc.com
Jay Michael Johnson     jjohnson@cap-az.com, cvisconti@cap-az.com
Dena Rosen Benjamin     Dena.benjamin@azag.gov, AdminLaw@azag.gov
Stuart Leslie Somach (Terminated)     ssomach@somachlaw.com, cgarro@somachlaw.com, crivera@somachlaw.com
Kenneth Cary Slowinski     kcslowinski@azwater.gov, sscantlebury@azwater.gov
David E Lindgren     dlindgren@downeybrand.com
Linus Serafeim Masouredis     lmasouredis@mwdh2o.com, tkirkland@mwdh2o.com
Kelly Brown     kbrown@azag.gov
John Pendleton Carter, III     jcarter@hkcf-law.com
Charles T DuMars     ctd@lrpa-usa.com, cjb@lrpa-usa.com, dml@lrpa-usa.com
Scott Lewis Shapiro     sshapiro@downeybrand.com, nbigley@downeybrand.com
Steven P Saxton     ssaxton@downeybrand.com
Marcia L Scully     mscully@mwdh2o.com, jmiyashiro@mwdh2o.com
Gregory K Wilkinson     Gregory.Wilkinson@bbklaw.com
Steven Bane Abbott     sabbott@redwineandsherrill.com, fluna@redwineandsherrill.com
Thomas K Snodgrass     thomas.snodgrass@usdoj.gov, carla.valentino@usdoj.gov, efile_nrs.enrd@usdoj.gov
Karen Marie Kwon     karen.kwon@coag.gov
Dana R Walsh     dana.walsh@snwa.com, Theresa.drevetzki@lvvwd.com
Joseph P Mentor, Jr     mentor@mentorlaw.com
David Scott Johnson     djohnson@cap-az.com, cvisconti@cap-az.com
Joseph A Vanderhorst     jvanderhorst@mwdh2o.com, gosorio@mwdh2o.com
Catherine M Stites     cstites@mwdh2o.com, cnagai@mwdh2o.com, mboucher@mwdh2o.com
Steven M Anderson     steve.anderson@bbklaw.com, lynda.byrd@bbklaw.com
Melissa R Cushman     melissa.cushman@bbklaw.com
Joanna M Smith     jmsmith@iid.com, acmachado@iid.com, dml@lrpa-usa.com
Jennifer Heim     jheim@azwater.gov, jhreinsmoen@yahoo.com, sscantlebury@azwater.gov

1 | Rita Pearson Maguire     rmaguire@azlandandwater.com
  | Amy Dora Ostdiek     amy.ostdiek@coag.gov, amydostdiek@gmail.com,
2 | barb.scherer@coag.gov
  | Adam Conner Kear     akear@mwdh2o.com, mgagar@mwdh2o.com
3 | Christine Guerci-Nyhus     cguerci@crc.nv.gov, cguerci@ag.nv.gov

                                                    /S/Bonnie Ray