IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Navajo Nation, | No. CV-03-00507-PCT-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| United States Department of the Interior, et al., | |
| Defendants. | |

Before the Court is Plaintiff Navajo Nation's Stipulated Motion to Vacate Status Conference (Doc. 405).  Good cause appearing,

**IT IS HEREBY ORDERD** granting Plaintiff Navajo Nation's Stipulated Motion to Vacate Status Conference (Doc. 405).

**IT IS FURTHER ORDERED** vacating the June 3, 2022 Status Conference.

**IT IS FURTHER ORDERED** the parties shall file a Status Report regarding the Supreme Court's review on or before **August 23, 2022** and every 90 days thereafter.

Dated this 25th day of May, 2022.

_____
G. Murray Snow
Chief United States District Judge